IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GEOFFREY FOSTER,              )
                              )
     Petitioner,              )
                              )        CIVIL ACTION NO.
     v.                       )         2:14cv615-MHT
                              )             (WO)
DENNIS W. STAMPER, WARDEN,    )
et al.,                       )
                              )
     Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 46) is adopted.

(2) The 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2017.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**